# Exhibit 1

# United States of America
## United States Patent and Trademark Office

# BIGGIE SMALLS

**Reg. No. 6,667,378**

**Registered Mar. 08, 2022**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Notorious B.I.G., LLC  (DELAWARE LIMITED LIABILITY COMPANY)
251 Little Falls Drive
Wilmington, DELAWARE 19808

CLASS 25: Clothing, namely, tops, bottoms, dresses, swimwear, t-shirts, sweatshirts, hoodies, sweaters, jackets, coats, socks; headwear; footwear

FIRST USE 5-2-2007; IN COMMERCE 5-2-2007

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3883181, 3890402

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-762,557, FILED 01-16-2020







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# THE NOTORIOUS BIG

**Reg. No. 6,667,377**

**Registered Mar. 08, 2022**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Notorious B.I.G., LLC  (DELAWARE LIMITED LIABILITY COMPANY)
251 Little Falls Drive
Wilmington, DELAWARE 19808

CLASS 25: Clothing, namely, tops, bottoms, dresses, swimwear, t-shirts, sweatshirts, hoodies, sweaters, jackets, coats, socks; headwear; footwear

FIRST USE 5-2-2007; IN COMMERCE 5-2-2007

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3883181, 3890402

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-762,553, FILED 01-16-2020







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# THE NOTORIOUS BIG

**Reg. No. 6,254,543**

**Registered Jan. 26, 2021**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Notorious B.I.G., LLC  (DELAWARE LIMITED LIABILITY COMPANY)
251 Little Falls Drive
Wilmington, DELAWARE 19808

CLASS 9: Musical recordings; compact discs featuring music; phonograph records featuring music

FIRST USE 9-13-1994; IN COMMERCE 9-13-1994

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3883181, 6136465, 3890402

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-726,958, FILED 12-13-2019







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# XXIVK MAGIC

**Reg. No. 5,915,219**

**Registered Nov. 19, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Mars Force Trademarks, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
C/o Nigro Karlin Segal Feldstein & Bolno
10960 Wilshire Blvd., 5th Floor
Los Angeles, CALIFORNIA 90024

CLASS 25: Clothing, namely, shirts, pants, stretch pants, tops, tank tops, sweat pants

FIRST USE 7-15-2017; IN COMMERCE 7-15-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-270,336, FILED 12-15-2016



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# It Was All A Dream

**Reg. No. 5,172,786**

**Registered Mar. 28, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

REPUBLIC MERCHANDISING, INC. (CALIFORNIA CORPORATION)
Penthouse Suite
14724 Ventura Blvd.
Sherman Oaks, CA 91403

CLASS 25: Hats; Short-sleeved or long-sleeved t-shirts; Sports shirts; Sweat shirts; T-shirts; Tee shirts; Tee-shirts

FIRST USE 1-1-1995; IN COMMERCE 1-15-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-899,016, FILED 02-05-2016
MEREDITH Z MARESCA, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# FLEETWOOD MAC

**Reg. No. 4,908,308**

**Registered Mar. 1, 2016**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

FLEETWOOD, MICK (UNITED KINGDOM INDIVIDUAL)
C/O SURETONE ENTERTAINMENT
1411 5TH ST. SUITE 200
SANTA MONICA, CA 90401 AND

MCVIE, JOHN (UNITED STATES INDIVIDUAL)
C/O SURETONE ENTAINMENT
1411 5TH ST. SUITE 200
SANTA MONICA, CA 90401

FOR: POSTERS; TOUR PROGRAMS FEATURING INFORMATION ON A MUSIC GROUP AND ITS HISTORY AND PERFORMANCES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1977; IN COMMERCE 0-0-1977.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,238,825 AND 3,066,017.

SER. NO. 86-703,144, FILED 7-23-2015.

ALEX KEAM, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# BRUNO MARS

**Reg. No. 4,625,163**

**Registered Oct. 21, 2014**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

BRUNO MARS MUSIC, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
10960 WILSHIRE BLVD., 5TH FLOOR
NIGRO KARLIN SEGAL FELDSTEIN & BOLNO LLC
LOS ANGELES, CA 90024

FOR: POSTERS; TEMPORARY TATTOOS; STICKERS; DECALS; SHEET MUSIC; PRINTS; PHOTOGRAPHS; BOOKS FEATURING CONCERT TOURS; PRINTED CONCERT PROGRAMS; EVENT PROGRAMS AND SOUVENIR EVENT ALBUMS OF CONCERT PERFORMANCES; BOOKLETS, PAMPHLETS AND BROCHURES, ALL OF THE AFORESAID FEATURING MUSIC, MUSICAL PERFORMANCES AND ARTISTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-28-2011; IN COMMERCE 2-28-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "BRUNO MARS" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SN 85-128,903, FILED 9-14-2010.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# BRUNO MARS

**Reg. No. 4,147,313**

**Registered May 22, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

BRUNO MARS MUSIC, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
C/O M3 MANAGEMENT INC.
8335 SUNSET BLVD.
LOS ANGELES, CA 90069

FOR: CLOTHING, NAMELY, SHIRTS, LONG-SLEEVED SHIRTS, T-SHIRTS, TOPS, CROP TOPS, TANK TOPS, SWEAT SHIRTS, HOODED SWEAT SHIRTS, WRIST BANDS, UNDER-WEAR, LOUNGEWEAR, ROBES, UNDERCLOTHES, PAJAMAS, SLEEPWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2010; IN COMMERCE 8-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "BRUNO MARS" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SN 85-128,915, FILED 9-14-2010.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# BRUNO MARS

**Reg. No. 4,143,492**

**Registered May 15, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

BRUNO MARS MUSIC, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
C/O M3 MANAGEMENT INC.
8335 SUNSET BLVD.
LOS ANGELES, CA 90069

FOR: MUSICAL SOUND RECORDINGS; AUDIO-VISUAL RECORDINGS, NAMELY, COMPACT DISCS, TAPE CASSETTES, AUDIO CASSETTES, AUDIO TAPES, AUDIO DISCS, PHONOGRAPH RECORDS, CD-ROMS, VIDEO TAPES, VIDEO CASSETTES, VIDEO DISCS, DVDS, DIGITAL AUDIO TAPES (DATS), DOWNLOADABLE MP3 FILES, AND LASER DISCS, ALL FEATURING MUSIC, TELEVISION AND MOTION PICTURE SOUND TRACKS, TELEVISION PROGRAMS AND MOTION PICTURES; DOWNLOADABLE MUSICAL SOUND RECORDINGS; DOWNLOADABLE VIDEO RECORDINGS FEATURING MUSIC; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF BOOKS, MAGAZINES, JOURNALS, BROCHURES, LEAFLETS, PAMPHLETS AND NEWSLETTERS, ALL IN THE FIELD OF MUSIC AND ENTERTAINMENT; COMPACT DISC CASES AND PROTECTIVE COVERS; FACE PLATES FOR CELL PHONES; SUNGLASSES AND SUNGLASS FRAMES; DOWNLOADABLE MUSIC, RING TONES, GRAPHICS, AND ELECTRONIC GAMES VIA THE INTERNET AND WIRELESS DEVICES; DOWNLOADABLE WIRELESS ENTERTAINMENT SOFTWARE VIA THE INTERNET AND WIRELESS DEVICES, NAMELY, RING TONES, SCREEN SAVERS AND IMAGES, AND WALLPAPER; PROVIDING A WEBSITE FEATURING DOWNLOADABLE MUSICAL PERFORMANCES, MUSICAL VIDEOS, RELATED FILM CLIPS AND PHOTOGRAPHS; PROVIDING DOWNLOADABLE PRERECORDED MUSIC, INFORMATION IN THE FIELD OF MUSIC, COMMENTARY AND ARTICLES ABOUT MUSIC, ALL ONLINE VIA A GLOBAL COMPUTER NETWORK, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-2010; IN COMMERCE 5-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "BRUNO MARS" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SN 85-128,896, FILED 9-14-2010.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**Int. Cls.: 9, 25 and 41**

**Prior U.S. Cls.: 21, 22, 23, 26, 36, 38, 39, 100, 101 and 107**

**Reg. No. 3,397,561**

## United States Patent and Trademark Office

Registered Mar. 18, 2008

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



AVENGED SEVENFOLD PARTNERSHIP (CALI-
FORNIA PARTNERSHIP)
C/O GELFAND, RENNERT & FELDMAN, LLP
1880 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CA 90067

FOR: SERIES OF MUSICAL SOUND RECORD-
INGS, NAMELY, PRERECORDED AUDIO AND
VIDEO CASSETTES, TAPES AND DIGITALLY FOR-
MATTED DISCS OR OTHER AUDIO OR VIDEO
STORAGE DEVICES FEATURING DRAMATIC
AND NON-DRAMATIC PERFORMANCES OF MU-
SICAL WORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 9-0-2000; IN COMMERCE 9-0-2000.

FOR: CLOTHING FOR MEN, WOMEN AND
CHILDREN, NAMELY, T-SHIRTS, TANK TOPS,
SWEAT SHIRTS, SWEATERS, JACKETS, HATS, VI-
SORS, HEAD BANDS, SCARVES, SHORTS, WRIST-
BANDS, BEANIES, AND GLOVES, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 9-0-2000; IN COMMERCE 9-0-2000.

FOR: ENTERTAINMENT IN THE NATURE OF
LIVE PERFORMANCES BY A MUSICAL GROUP, IN
CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-0-2000; IN COMMERCE 9-0-2000.

SER. NO. 77-192,446, FILED 5-29-2007.

RONALD MCMORROW, EXAMINING ATTORNEY

**Int. Cls.: 9, 25, 26 and 41**

**Prior U.S. Cls.: 21, 22, 23, 26, 36, 37, 38, 39, 40, 42, 50, 100, 101 and 107**

**Reg. No. 3,380,764**

## United States Patent and Trademark Office

Registered Feb. 12, 2008

### TRADEMARK
### SERVICE MARK
#### PRINCIPAL REGISTER



AVENGED SEVENFOLD PARTNERSHIP (CALIFORNIA PARTNERSHIP)
C/O GELFAND, RENNERT & FELDMAN, LLP
1880 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CA 90067

FOR: SERIES OF MUSICAL SOUND RECORDINGS, NAMELY, PRERECORDED AUDIO AND VIDEO CASSETTES, TAPES AND DIGITALLY FORMATTED DISCS OR OTHER AUDIO OR VIDEO STORAGE DEVICES FEATURING DRAMATIC AND NON-DRAMATIC PERFORMANCES OF MUSICAL WORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-2001; IN COMMERCE 1-0-2001.

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY, T- SHIRTS, TANK TOPS, SWEAT SHIRTS, SWEATERS, JACKETS, HATS, VISORS, HEAD BANDS, SCARVES, SHORTS, WRISTBANDS, BEANIES, AND GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-2001; IN COMMERCE 1-0-2001.

FOR: BELT BUCKLES AND EMBROIDERED PATCHES FOR CLOTHING, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 1-1-2001; IN COMMERCE 1-1-2001.

FOR: ENTERTAINMENT IN THE NATURE OF LIVE PERFORMANCES BY A MUSICAL GROUP, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-0-2001; IN COMMERCE 1-0-2001.

THE MARK CONSISTS OF STYLIZED SKULL WITH BAT WINGS.

SER. NO. 77-192,447, FILED 5-29-2007.

RONALD MCMORROW, EXAMINING ATTORNEY

Int. Cls.: 9, 16, 20, 21, 25, 28, 35, 38 and 41

Prior U.S. Cls.: 2, 5, 13, 21, 22, 23, 25, 26, 29, 30, 32, 33, 36, 37, 38, 39, 40, 50, 100, 101, 102, 104 and 107

Reg. No. 3,066,017

**United States Patent and Trademark Office**

Registered Mar. 7, 2006

Corrected

OG Date Oct. 17, 2006

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## FLEETWOOD MAC

FLEETWOOD, MICK (UNITED KINGDOM INDIVIDUAL)
C/O ZIFFREN, BRITTENHAM, BRANCA, ET AL
1801 CENTURY PARK WEST
LOS ANGELES, CA 90067 AND
MCVIE, JOHN (UNITED STATES INDIVIDUAL)
C/O ZIFFREN, BRITTENHAM, BRANCA, ET AL
1801 CENTURY PARK WEST
LOS ANGELES, CA 90067

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,238,825.

FOR: MUSICAL SOUND RECORDINGS AND AUDIO-VISUAL RECORDINGS FEATURING MUSIC AND MUSICAL BASED ENTERTAINMENT; DOWNLOADABLE SOUND RECORDINGS AND DOWNLOADABLE AUDIO-VISUAL RECORDINGS FEATURING MUSIC AND MUSICAL BASED ENTERTAINMENT; DVDS FEATURING MUSIC AND MUSICAL BASED ENTERTAINMENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1968; IN COMMERCE 6-0-1969.

FOR: POSTERS, FRAMED AND UNFRAMED PHOTOGRAPHS, SOUVENIR BOOKS AND SOUVENIR PROGRAMS FEATURING INFORMATION ON A MUSIC GROUP AND ITS HISTORY AND PERFORMANCES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1977; IN COMMERCE 0-0-1977.

FOR: PLASTIC KEY CHAINS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 0-0-1977; IN COMMERCE 0-0-1977.

FOR: MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 17, 2006.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

FIRST USE 0-0-2003; IN COMMERCE 0-0-2003.

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, JACKETS, TANK TOPS, SWEATERS, SWEATSHIRTS, PULLOVERS AND HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1973; IN COMMERCE 0-0-1973.

FOR: PLUSH TOYS; GOLF BALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-28-2003; IN COMMERCE 5-28-2003.

FOR: ONLINE RETAIL STORE SER-VICES FEATURING MUSICAL SOUND RECORDINGS, MUSICAL VIDEO RE-CORDINGS, CLOTHING, HATS, KEY CHAINS, TOUR BOOKS, PLUSH TOYS, GOLF BALLS, AND MERCHANDISE RE-LATED TO A MUSICAL GROUP, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-28-2003; IN COMMERCE 5-28-2003.

FOR: STREAMING OF AUDIO AND VISUAL RECORDINGS OVER THE IN-TERNET FEATURING MUSIC; PROVID-ING ON-LINE ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MES-SAGES AMONG COMPUTER USERS CONCERNING A MUSICAL GROUP AND ITS PERFORMANCES, TOURS, AND RECORDINGS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-0-2003; IN COMMERCE 4-0-2003.

FOR: ENTERTAINMENT SERVICES, NAMELY, LIVE MUSICAL PERFOR-MANCES AND MUSICAL TOURS; PRO-VIDING A WEBSITE ON A GLOBAL COMPUTER NETWORK FEATURING IN-FORMATION ON MUSIC, MUSICAL SOUND RECORDINGS, MUSICAL VIDEO RECORDINGS, MUSICAL PERFOR-MANCES, TOURS, AND MUSICAL PER-FORMERS; MUSIC PUBLISHING SERVICES; FAN CLUB SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1968; IN COMMERCE 0-0-1968.

SER. NO. 78-593,631, FILED 3-23-2005.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 17, 2006.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cls.: 9, 16, 20, 21, 25, 28, 35, 38 and 41

Prior U.S. Cls.: 2, 5, 13, 21, 22, 23, 25, 26, 29, 30, 32, 33, 36, 37, 38, 39, 40, 50, 100, 101, 102, 104 and 107

**United States Patent and Trademark Office**

Reg. No. 3,066,017
Registered Mar. 7, 2006

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

# FLEETWOOD MAC

FLEETWOOD, MICK (UNITED KINGDOM INDI-
VIDUAL)
C/O ZIFFREN, BRITTENHAM, BRANCA, ET AL
801 CENTURY PARK WEST
LOS ANGELES, CA 90067 AND
MCVIE, JOHN (UNITED STATES INDIVIDUAL)
C/O ZIFFREN, BRITTENHAM, BRANCA, ET AL
1801 CENTURY PARK WEST
LOS ANGELES, CA 90067

FOR: MUSICAL SOUND RECORDINGS AND
AUDIO-VISUAL RECORDINGS FEATURING MU-
SIC AND MUSICAL BASED ENTERTAINMENT;
DOWNLOADABLE SOUND RECORDINGS AND
DOWNLOADABLE AUDIO-VISUAL RECORDINGS
FEATURING MUSIC AND MUSICAL BASED EN-
TERTAINMENT; DVDS FEATURING MUSIC AND
MUSICAL BASED ENTERTAINMENT, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1968; IN COMMERCE 6-0-1969.

FOR: POSTERS, FRAMED AND UNFRAMED
PHOTOGRAPHS, SOUVENIR BOOKS AND SOUVE-
NIR PROGRAMS FEATURING INFORMATION ON
A MUSIC GROUP AND ITS HISTORY AND PER-
FORMANCES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29,
37, 38 AND 50).

FIRST USE 0-0-1977; IN COMMERCE 0-0-1977.

FOR: PLASTIC KEY CHAINS, IN CLASS 20 (U.S.
CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 0-0-1977; IN COMMERCE 0-0-1977.

FOR: MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29,
30, 33, 40 AND 50).

FIRST USE 0-0-2003; IN COMMERCE 0-0-2003.

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS,
JACKETS, TANK TOPS, SWEATERS, SWEAT-
SHIRTS, PULLOVERS AND HEADWEAR, IN CLASS
25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1973; IN COMMERCE 0-0-1973.

FOR: PLUSH TOYS; GOLF BALLS, IN CLASS 28
(U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-28-2003; IN COMMERCE 5-28-2003.

FOR: ONLINE RETAIL STORE SERVICES FEA-
TURING MUSICAL SOUND RECORDINGS, MUSI-
CAL VIDEO RECORDINGS, CLOTHING, HATS,
KEY CHAINS, TOUR BOOKS, PLUSH TOYS, GOLF
BALLS, AND MERCHANDISE RELATED TO A
MUSICAL GROUP, IN CLASS 35 (U.S. CLS. 100, 101
AND 102).

FIRST USE 5-28-2003; IN COMMERCE 5-28-2003.

FOR: STREAMING OF AUDIO AND VISUAL
RECORDINGS OVER THE INTERNET FEATURING
MUSIC; PROVIDING ON-LINE ELECTRONIC BUL-
LETIN BOARDS FOR TRANSMISSION OF MESSA-
GES AMONG COMPUTER USERS CONCERNING A
MUSICAL GROUP AND ITS PERFORMANCES,
TOURS, AND RECORDINGS, IN CLASS 38 (U.S.
CLS. 100, 101 AND 104).

FIRST USE 4-0-2003; IN COMMERCE 4-0-2003.

FOR: ENTERTAINMENT SERVICES, NAMELY,
LIVE MUSICAL PERFORMANCES AND MUSICAL
TOURS; PROVIDING A WEBSITE ON A GLOBAL

COMPUTER NETWORK FEATURING INFORMA-
TION ON MUSIC, MUSICAL SOUND RECORD-
INGS, MUSICAL VIDEO RECORDINGS, MUSICAL
PERFORMANCES, TOURS, AND MUSICAL PER-
FORMERS; MUSIC PUBLISHING SERVICES; FAN
CLUB SERVICES, IN CLASS 41 (U.S. CLS. 100; 101
AND 107).

FIRST USE 0-0-1968; IN COMMERCE 0-0-1968.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,238,825.

SER. NO. 78-593,631, FILED 3-23-2005.

ALICE BENMAMAN, EXAMINING ATTORNEY

Int. Cls.: **9, 25 and 41**

Prior U.S. Cls.: **21, 22, 23, 26, 36, 38, 39, 100, 101 and 107**

Reg. No. **2,992,513**

## United States Patent and Trademark Office

Registered Sep. 6, 2005

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

# AVENGED SEVENFOLD

AVENGED SEVENFOLD, INC. (CALIFORNIA CORPORATION)
11601 WILSHIRE BLVD., STE. 2040
LOS ANGELES, CA 90025

FOR: SERIES OF MUSICAL SOUND RECORD-INGS, NAMELY PRERECORDED AUDIO AND VIDEO CASSETTES, TAPES AND DIGITALLY FOR-MATTED DISCS OR OTHER AUDIO OR VIDEO STORAGE DEVICES FEATURING DRAMATIC AND NON-DRAMATIC PERFORMANCES OF MU-SICAL WORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-2000; IN COMMERCE 1-0-2000.

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY T- SHIRTS, TANK TOPS, SWEAT SHIRTS, SWEATERS, JACKETS, HATS, VI-SORS, HEAD BANDS, SCARVES AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-2000; IN COMMERCE 6-0-2000.

FOR: ENTERTAINMENT IN THE NATURE OF LIVE PERFORMANCES BY A MUSICAL GROUP, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-0-1999; IN COMMERCE 5-0-1999.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-451,962, FILED 7-16-2004.

GEORGE LORENZO, EXAMINING ATTORNEY